**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00235-CV**
_____

**AMERICAN CAPITAL FUNDING CORPORATION, Appellant**

**V.**

**HOTEL APART, L.L.C., Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-193,565**

**ORDER**

Appellant, American Capital Funding Corporation, and Appellee, Hotel Apart, L.L.C., jointly filed an agreed motion to abate the appeal and remand the case to the trial court to provide the trial court with an opportunity to sever the Order Regarding Disbursement of Registry Funds from the remainder of Trial Cause Number A-193,565.

The Agreed Joint Motion to Abate is granted. We abate the appeal and remand the case to the trial court for consideration of the parties' request for a severance. All

1

appellate timetables are suspended while the case is before the trial court. Any motions and responses filed by either party and any orders signed by the trial court while the case is before the trial court shall be included in a supplemental clerk's record. The supplemental clerk's record and a supplemental reporter's record containing a transcription of any hearings conducted while the case is before the trial court, shall be filed with the Court of Appeals on or before August 2, 2021.

The appeal shall be reinstated without further order of this Court when the supplemental record is filed with the appellate court. The supplemental brief of the appellant shall be due thirty days after the supplemental record is filed. The supplemental brief of the appellee shall be due thirty days after the appellant files its supplemental brief.

ORDER ENTERED July 1, 2021.

PER CURIAM

Before Kreger, Horton and Johnson, JJ.